UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************

ARLEEN ZELYEZ,

           Plaintiff,

      v.

MICHAEL J. ASTRUE,[1]
COMMISSIONER
OF SOCIAL SECURITY,

           Defendant.
*******************************

Civil Action No.
7:06-CV-0707

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened to the Court by Lawrence D. Hasseler, Esq., attorney for plaintiff, for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and it appearing that GLENN T. SUDDABY, United States Attorney, and Maria Fragassi Santangelo, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of four thousand eight hundred forty-seven dollars and fifty cents, $4,847.50, in fees and expenses, and awarding an amount of three hundred fifty dollars, $350.00, in costs. And, the Court having reviewed the record in this matter,

IT IS on this 16th day of March, 2007;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of four thousand eight hundred forty-seven dollars and fifty cents, $4,847.50, in fees and

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Acting Commissioner Linda S. McMahon as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

expenses, and in the amount of three hundred fifty dollars, $350.00, in costs.

_____
Hon. David R. Homer
U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

GLENN T. SUDDABY
United States Attorney

By:   /s/Maria Fragassi Santangelo
      Maria Fragassi Santangelo
      Special Assistant U.S. Attorney
      Bar No 514046.
      Attorneys for Defendant

      CONBOY, McKAY, BACHMAN
      & KENDALL, LLP

By:   s/Lawrence D. Hasseler
      Lawrence D. Hasseler, Esq.
      Bar No. 101935
      Attorney for Plaintiff